## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Natesha Clark, et al.
                          Plaintiff,

v.                                                  Case No.: 1:23−cv−05451
                                                    Honorable LaShonda A. Hunt

Accenture LLP, et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Counsel for Plaintiffs and Counsel for Defendant appeared. For the reasons stated on the record and in the accompanying order, Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit [46] and Motion for Settlement Approval [47] are granted. Enter Order Approving Settlement. Plaintiffs' Motion to Certify Class/Collective [28] and Memorandum of Law in support [29] are terminated as moot. This case is dismissed without prejudice with leave to reinstate as set forth in the Order Approving Settlement. If the case is not reinstated, then the dismissal will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.